UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA SMITH, | ) |
| | ) CASE NO. C16-1818 RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) SECOND ORDER DENYING MOTION |
| | ) TO APPOINT COUNSEL |
| MEGAN DOHTRY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter comes before the Court on Plaintiff's Second Motion to Appoint Counsel. Dkt. #25. In a prior motion to appoint counsel, Plaintiff stated that she contacted one attorney in April 2016 and one attorney in July 2016. Dkt. #8. Plaintiff has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #6. The Complaint was filed on November 30, 2016. Defendants appeared on April 17, 2017. Dkt. #19.

In civil cases, the appointment of counsel to a *pro se* litigant "is a privilege and not a right." *United States ex. Rel. Gardner v. Madden,* 352 F.2d 792, 793 (9th Cir. 1965) (citation omitted). "Appointment of counsel should be allowed only in exceptional cases." *Id.* (citing *Weller v. Dickson,* 314 F.2d 598 (9th Cir. 1963)). A court must consider together "both the likelihood of success on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look,* 718 F.2d 952, 954 (9th Cir. 1983). Even where the claim is not frivolous, counsel is often unwarranted where the

ORDER
PAGE - 1

litigant's chances of success are extremely slim. *See Mars v. Hanberry,* 752 F.2d 254, 256 (6th Cir. 1985).

At this early stage of the litigation, the Court cannot find that Plaintiff is entitled to appointment of counsel. It does not yet appear that any exceptional circumstances exist, and there is no record before the Court that would allow the Court to adequately examine whether Plaintiff's claims appear to have merit. Moreover, Plaintiff has filed a Motion to Amend her Complaint, which remains pending at this time. Dkt. #27.

Accordingly, the Court hereby finds and ORDERS that Plaintiff's Motion to Appoint Counsel (Dkt. #25) is DENIED without prejudice. This Order does not preclude Plaintiff from re-filing this Motion once a factual record pertaining to her claims has been more fully developed.

DATED this 16th day of June 2017.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE