UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA SMITH, | ) |
| | ) CASE NO. C16-1818 RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING EXTENSION OF |
| | ) TIME TO ANSWER INTERROGATORIES |
| MEGAN DOHTRY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

On October 4, 2017, the Court received a letter from *pro Se* Plaintiff, Lisa Smith, wherein she informed the Court that she could not answer written discovery within the required 30 days. Dkt. #35. The Court construed the motion as one for an extension of time to respond to discovery, and informed all of the parties that it would be noted for consideration on October 20, 2017. *See* Docket. Plaintiff requests a 30-day extension for two reasons: 1) English is not her first language; and 2) her mailing address is a post office box through a witness protection program, and her mail is first routed to Olympia and then confidentially re-routed to her in Whatcom County; as a result, her mail takes weeks to get to her. *See* Dkt. #35.

Defendants have not responded to Plaintiff's motion. Under Local Civil Rule 7(b)(2), "[e]xcept for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." The Court deems the failure to respond to be such an admission.

ORDER
PAGE - 1

Having found good cause for an extension of time, the Court hereby ORDERS:

1. Plaintiff's motion for extension of time to respond to Defendants' Interrogatories (Dkt. #35) is GRANTED. **No later than thirty (30) days from the date of this Order, Plaintiff shall provide her responses to Defendants' counsel. Those responses SHALL NOT be filed with the Court.**

The Clerk shall send a copy of this Order to Plaintiff at PMB 6169, PO BOX 257, Olympia, WA 98507.

DATED this 20th day of October 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2