UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA SMITH,

        Plaintiff,

   v.

MEGAN DOHTRY, *et al.*,

        Defendants.

CASE NO. C16-1818 RSM

ORDER DENYING MOTION TO OPPOSE DEPOSITION

On October 13, 2017, Plaintiff filed a "Motion to Oppose the Deposition." Dkt. #36. The gist of the motion appears to be a request to strike Plaintiff's deposition testimony which took place on October 5, 2017, on several bases. *Id.* First, Plaintiff asserts that she required a French interpreter but was not provided one. *Id.* As a result, Plaintiff asserts that she could understand the questions being asked and the deposition reporter could not understand her answers. *Id.* Plaintiff further asserts that she was not told how long her deposition would last, that she was not provided with a comfortable chair, and that she missed her required medicine for that day. *Id.* She asserts that she was in so much pain she could not properly answer questions. *Id.* She also suggests that some of the medicines she takes make her dizzy and that affected her ability to understand and answer the questions. *Id.* Defendants oppose the motion, asserting that Plaintiff was offered an interpreter but never accepted the offer, and that the transcript of the deposition belie her other assertions. Dkt. #38.

ORDER
PAGE - 1

The Court has reviewed the exhibits provided with this motion, and agrees with Defendants. A review of the excerpts of her deposition transcript does not demonstrate an inability to understand and/or answer questions. *See* Dkt. #39, Exs. 1-3. Accordingly, the Court does not find good cause to strike Plaintiff's deposition testimony.

Therefore, the Court hereby ORDERS that Plaintiff's Motion to Oppose Deposition (Dkt. #36) is DENIED.

The Clerk shall send a copy of this Order to Plaintiff at PMB 6169, PO BOX 257, Olympia, WA 98507.

DATED this 7th day of November 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE