UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA SMITH, ) | |
| ) | CASE NO. C16-1818RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | MINUTE ORDER GRANTING |
| ) | EXTENSION OF TIME |
| MEGAN DOHTRY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On November 22, 2017, Plaintiff moved this Court for an extension of time to respond to Defendants' Interrogatories, due to the fact that she has been hospitalized after suffering a stroke. Dkt. #42. Defendants do not oppose a 45-day extension of time. Dkt. #43. Accordingly, the Court finds good cause for an extension of time, and **GRANTS** Plaintiff's motion (Dkt. #42). **Plaintiff shall have until January 4, 2018, to serve her answers to Defendants' Interrogatories.**

The Clerk shall send a copy of this Order to Plaintiff at PMB 6169, PO BOX 257, Olympia, WA 98507.

DATED this 29th day of November, 2017.

WILLIAM McCOOL, Clerk

By:   /s/ Paula McNabb
       Deputy Clerk

MINUTE ORDER
PAGE - 1