UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA SMITH, | ) |
| | ) CASE NO. C16-1818RSM |
| Plaintiff, | ) |
| | ) |
| v. | ) MINUTE ORDER GRANTING |
| | ) EXTENSION OF TIME |
| MEGAN DOHTRY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On January 8, 2018, Plaintiff moved this Court for an extension of time to propound her own discovery requests, including a potential deposition notice. Dkt. #45. Plaintiff recognized that the discovery deadline in this matter is approaching on March 12, 2018, and explained that she has responded to Defendants' discovery requests to date. *Id.* However, she seeks a 45-day extension of the discovery deadline to propound her own discovery, due to the fact that she recently suffered a stroke. *Id.* She explains the result of her stroke is that everything is taking her much longer to accomplish. *Id.* Defendants do not oppose a 45-day extension of time. Dkt. #46. Accordingly, the Court finds good cause for an extension of time, and **GRANTS** Plaintiff's motion (Dkt. #45). **Plaintiff shall have until April 16, 2018, to complete any of her own discovery directed at Defendants.** The Court notes that the discovery deadline is being extended for this limited purpose only.

MINUTE ORDER
PAGE - 1

**The Court further notes that no other deadlines are being extended at this time. All other deadlines, including that for dispositive motions, remain as currently scheduled.**

The Clerk shall send a copy of this Order to Plaintiff at PMB 6169, PO BOX 257, Olympia, WA 98507.

DATED this 19th day of January 2018.

                                                WILLIAM McCOOL, Clerk

                                                By:    /s/ Paula McNabb
                                                            Deputy Clerk